# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONFORMIS, INC.<br><br>Plaintiff,<br><br>v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC. and TORNIER, INC.<br><br>Defendants. | Civil Action No. 20-cv-00562-RGA<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Conformis, Inc., Wright Medical Technology, Inc., and Tornier, Inc. jointly stipulate that they have reached a settlement that resolves this dispute and therefore Conformis, Inc.'s claims asserted in this action are dismissed with prejudice. The parties further agree to bear their own costs and expenses incurred in connection with this case.

| ASHBY & GEDDES | DUANE MORRIS LLP |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Richard L. Renck* |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19801<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com | Richard L. Renck (#3893)<br>1201 N. Market St., Suite 501<br>Wilmington, DE 19801<br>(302) 657-4900<br>rlrenck@duanemorris.com |

<div style="display: flex;">

<div>

*Of counsel:*

  John R. Emerson
  Charles M. Jones, II
  Stephanie N. Sivinski
  Tiffany M. Cooke
  HAYNES AND BOONE, LLP
  2323 Victory Avenue, Suite 700
  Dallas, Texas 75219
  (214) 651-5000

  Angela Oliver
  HAYNES AND BOONE, LLP
  800 17th Street NW
  Suite 500
  Washington, D.C. 20006
  (202) 654-4552

*Attorneys for Plaintiff*

</div>

<div>

Thomas W. Sankey, Esq.
(admitted pro hac vice)
DUANE MORRIS LLP
1330 Post Oak Boulevard, Suite 800
Houston, TX 77056-3166
Tel: (713) 402-3924
twsankey@duanemorris.com

Anthony J. Fitzpatrick, Esq.
(admitted pro hac vice)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Tel: (857) 488-4220
ajfitzpatrick@duanemorris.com

Diana M. Sangalli, Esq.
(admitted pro hac vice)
DUANE MORRIS LLP
Las Cimas IV
900 S. Capital of Texas Hwy, Suite 300
Austin, TX 78746-5435
Tel: (512) 277-2250
dmsangalli@duanemorris.com

*Attorneys for Defendants*

</div>

</div>

Dated:  July 6, 2021